JOHN M. KELLY, Appellant, *v.* CITY OF NEW YORK et al., Defendants, and WILLIAM F. MORGAN, JR., Respondent.

Argued November 30, 1950; decided January 11, 1951.

*Edward F. X. Ryan* for appellant.

*Nathaniel Phillips* and *B. Hoffman Miller* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.  [See 302 N. Y. 770.]